WALTER E. LEANDER, Respondent, v. ARTHUR F. CHASE, Appellant.— Motion for reargument denied, and stay vacated, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOHN H. LEDDY, Appellant, v. DOROTHY E. LEDDY and THE AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Respondents.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JULIUS LEVENTHAL, Respondent, v. DAVID KRAUS, Appellant.— Motion for stay granted upon the security already furnished, and upon condition that appellant perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

EDWARD LEWIS, Appellant, v. FRANCIS A. LUDLAM, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

DONALD MCKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INC., Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GEORGE V. MCLAUGHLIN, Superintendent of Banks of the State of New York, Respondent, v. CONSOLIDATED BRIARWOOD ESTATES and Others, Defendants. THOMAS F. MARTIN REALTY COMPANY, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

AGNES MCNIFF, an Infant, by JOHN J. MCNIFF, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOHN J. MCNIFF, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ISIDOR MILMAN, Respondent, v. THE ARMY MERCHANDISE COMPANY, INC., Appellant.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NASSAU BEEKMAN INVESTING COMPANY, Respondent, v. " JACOB " SILVERMAN, etc., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NASSAU BEEKMAN INVESTING COMPANY, Respondent, v. MINNIE TURETZKY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NEW YORK MUNICIPAL RAILWAY CORPORATION, by LINDLEY M. GARRISON, as Its Receiver, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay continued for thirty days. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.